# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA M. VAZQUEZ,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:06-cv-932-Orl-31JGG**

**AGE WISE, INC., and STEVEN E. MARTIN,**

          **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Final Default Judgment against Defendants Age Wise, Inc., and Steven E. Martin, (Doc. 25), it is

**ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to enter judgment for Plaintiff and against Defendants Age Wise, Inc. and Steven E. Martin, jointly and severally, in the total amount of $4,906.00.  Thereafter, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2007.

                                                            GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party